UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 4, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 06-0119 DAD |
| Plaintiff, ) | |
| v.                            ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| NAZARIO CHAVEZ, ) | |
| ) | |
| Defendant.          ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NAZARIO CHAVEZ , Case No.  MAG 06-0119 DAD , Charge  Title 21 USC § 841 (a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　Release on Personal Recognizance

　　　✔　Bail Posted in the Sum of $ 200,000.00 secured by real property

　　　　　__　Unsecured Appearance Bond

　　　　　__　Appearance Bond with 10% Deposit

　　　　　__　Appearance Bond with Surety

　　　　　__　Corporate Surety Bail Bond

　　　　　✔　(Other)   with conditions and pretrial supervision

Issued at  Sacramento, CA  on  May 4, 2006  at  1:30 p.m.  .

By   GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal