LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff,<br><br>     v.<br><br>NAZARIO CHAVEZ,<br>              Defendant, | No. CR. 06-0207 LKK<br><br>ORDER CONTINUING STATUS CONFERENCE HEARING FROM, JUNE 6, 2006 TO, JULY 11, 2006; EXCLUSION OF TIME<br><br>HON. LAWRENCE K. KARLTON |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for June 6, 2006 at 9:30 am is vacated and the matter set for a Status Conference Hearing on, July 11, 2006 at 9:30 am.

//

//

//

///

1

1   Further, the Court finds that time is excluded based upon the representation of
2 the parties and such time will be excluded from June 6, 2006 pursuant to the Speedy
3 Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be
4 prepared; [Local Code T4], until the next appearance, on July 11, 2006 or by further
5 order of this Court.

Dated:   June 5, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

///