LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　v.<br>NAZARIO CHAVEZ,<br>　　　　　　　Defendant, | No. CR. 06-0207 LKK<br><br>SUBSTITUTION OF ATTORNEYS |

Comes now the Defendant, NAZARIO CHAVEZ, substituting the Law Offices of Christpher H. Wing, APC in place of Assistant Federal Defender Caro Marks as his attorney in the above matter.

I request this substitution:

Dated: June 2, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/NAZARIO CHAVEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　NAZARIO CHAVEZ

I accept this substitution:

Dated: June 2, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/CHRISTOPHER H. WING
It is so ordered.　　　　　　　　　　　　　　　　　　　CHRISTOPHER H. WING

Dated: June 5, 2006

*[signature: Lawrence K. Karlton]*

/ / /　　LAWRENCE K. KARLTON
　　　　SENIOR JUDGE
　　　　UNITED STATES DISTRICT COURT