LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR. 06-0207 LKK |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE HEARING FROM, JULY 11, 2006 TO, AUGUST 29, 2006; EXCLUSION OF TIME |
| NAZARIO CHAVEZ, | |
| Defendant, | HON. LAWRENCE K. KARLTON |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for July 11, 2006 at 9:30 am is vacated and the matter set for a Status Conference Hearing on, August 29, 2006 at 9:30 am.

//
//
//
//

/ / /

1

Further, the Court finds that time is excluded based upon the representation of the parties and such time will be excluded from July 11, 2006 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be prepared; [Local Code T4], until the next appearance, on August 29, 2006 or by further order of this Court.

Dated: July 10, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

///