LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NAZARIO CHAVEZ,<br>　　　　　　　Defendant, | No. CR. 06-0207 LKK<br><br>ORDER CONTINUING STATUS CONFERENCE HEARING FROM, AUGUST 29, 2006 TO SEPTEMBER 19, 2006; EXCLUSION OF TIME<br><br>HON. LAWRENCE K. KARLTON |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for August 29, 2006 at 9:30 am is vacated and the matter set for a Status Conference Hearing on, September 19, 2006 at 9:30 am.

//

//

//

//

//

///

1

1
2   Further, the Court finds that time is excluded based upon the representation of
3 the parties and such time will be excluded from August 29, 2006 pursuant to the Speedy
4 Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be
5 prepared; [Local Code T4], until the next appearance, on September 19, 2006 or by
6 further order of this Court.

7

8
9   Dated:   August 25, 2006

10
11   _____
    LAWRENCE K. KARLTON
12   SENIOR JUDGE
    UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /

2