LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR. 06-0207 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING FROM, SEPTEMBER 19, 2006; TO OCTOBER 11, 2006. EXCLUSION OF TIME |
| v. | |
| NAZARIO CHAVEZ, | |
| Defendant, | HON. LAWRENCE K. KARLTON |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for September 19, 2006 at 9:30 am is vacated and the matter set for a Status Conference Hearing on, October 11, 2006 at 9:30 am.

//
//
//
//
///

1

Further, the Court finds that time is excluded based upon the representation of the parties and such time will be excluded from September 19 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be prepared; [Local Code T4], until the next appearance, on October 11, 2006 or by further order of this Court.

Dated: September 15, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

///

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

2