1

2

LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

3

4

5

6

ATTORNEYS FOR:   Defendant

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

No. CR. 06-0207 LKK

UNITED STATES OF AMERICA

12

                              Plaintiff,

ORDER CONTINUING STATUS
CONFERENCE HEARING FROM,
OCTOBER 11, 2006 TO OCTOBER 24,
2006.  EXCLUSION OF TIME

13

     v.

14

15

NAZARIO CHAVEZ,

HON. LAWRENCE K. KARLTON

16

                    Defendant,

17

18

**ORDER**

19

20

        This matter having come on before me pursuant to the stipulation of the parties

21

and good cause appearing therefore,

22

        IT IS ORDERED THAT: the Status Conference Hearing now set for October 11,

23

2006 at 9:30 am is vacated and the matter set for a Status Conference Hearing on,

24

October 24, 2006 at 9:30 am.

25

                                        //

26

                                        //

27

                                        //

28

                                        //

/ / /

1
2
3        Further, the Court finds that time is excluded based upon the representation of
4   the parties and such time will be excluded from October 11, 2006 pursuant to the
5   Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be
6   prepared; [Local Code T4], until the next appearance, on October 24, 2006 or by further
7   order of this Court.
8
9
10            Dated:   October 6, 2006
11
12                                    _____
13                                    LAWRENCE K. KARLTON
14                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.     / / /