LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR. 06-0207 LKK |
|---|---|
| Plaintiff, | ORDER   CONTINUING STATUS CONFERENCE HEARING FROM, OCTOBER 24, 2006 TO NOVEMBER 14, 2006.  EXCLUSION OF TIME |
| v. | |
| NAZARIO CHAVEZ, | |
| Defendant, | HON. LAWRENCE K. KARLTON |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for October 24, 2006 at 9:30 am is vacated and the matter set for a Status Conference Hearing on, November 14, 2006 at 9:30 am.

//
//
//
//

/ / /

1

1

2    Further, the Court finds that time is excluded based upon the representation of
3 the parties and such time will be excluded from October 24, 2006 pursuant to the
4 Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be
5 prepared; [Local Code T4], until the next appearance, on November 14, 2006 or by
6 further order of this Court.

7

8    Dated: October 23, 2006

9

10

11    _____
     LAWRENCE K. KARLTON
12    SENIOR JUDGE
     UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
CHRISTOPHER H. WING    / / /
SACRAMENTO, CA.

2