McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-0207-LKK |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING BRIEFING SCHEDULE, CONTINUING CASE AND EXCLUDING TIME** |
| v. | ) | |
| NAZARIO CHAVEZ, | ) | |
| Defendant. | ) | |

On November 14, 2006, this matter came on for a status conference. The United States appeared through Assistant United States Attorney Phillip A. Talbert. Defendant Nazario Chavez appeared with his counsel Christopher H. Wing.

At the status conference, defense counsel stated his intent to prepare and file on behalf of the defendant a motion to suppress evidence, and the parties stipulated to the following briefing schedule: defendant's motion to be filed by December 12, 2006; government's response to be filed by January 16, 2007; defendant's reply to be filed by January 23, 2007; non-evidentiary hearing on motion February 6, 2007, at 9:30 a.m. Defendant Chavez consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from November 14,

2006 to December 12, 2006.  The Court set the briefing schedule and ordered time excluded as stipulated.

    Accordingly, the Court entered the following orders:

    For good cause shown, IT IS HEREBY ORDERED THAT:

    1.  The following schedule is set for the briefing and hearing of defendant's motion to suppress evidence: the defendant's opening brief is due December 12, 2006; the government's responsive brief is due January 16, 2007; the defendant's reply brief is due January 23, 2007; and the non-evidentiary hearing on the motion is scheduled for February 6, 2007, at 9:30 a.m.

    2.  The time between November 14, 2006 through and including December 12, 2006 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv).  The Court specifically finds that a continuance is necessary to give the defendant reasonable time to prepare the motion and conduct any associated defense investigation.  The Court finds that the ends of justice served by setting the motion briefing schedule outweigh the best interest of the public and defendant in a speedy trial.  The time between December 12, 2006 to and including February 6, 2007 is otherwise excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F).

DATE: November 27, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT