LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>NAZARIO CHAVEZ,<br>　　　　　　　　Defendant, | No. CR. 06-0207 LKK<br><br>STIPULATION AND ORDER MODIFYING THE BRIEFING SCHEDULE PREVIOUSLY SET IN THE CASE.  EXCLUSION OF TIME<br><br>HON. LAWRENCE K. KARLTON |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the previously set briefing schedule is amended as follows:

The Defendant's Motion to Suppress will be filed by December 19, 2006;

The Government's Response will be filed by January 23, 2007;

The Defendant's Reply, if any, will be filed by January 30, 2007;

The Non-Evidentiary hearing on the Motion will be held on February 13, 2007 at 9:30 am.

/ / /

1

1
2
3   Further, the Court finds that time is excluded based upon the representation of
4   the parties and such time will be excluded from December 12, 2006 to December 19,
5   2006 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient
6   time for counsel to complete the research required and to file the motion; [Local Code
7   T4], and from December 19, 2006 until the next appearance, on February 13, 2007,
8   pursuant to 18 U.S.C. §3161(h)(1)(F), [Local Code E] or by further order of this Court.
9
10  Dated:  December 13, 2006
11
12  _____
    LAWRENCE K. KARLTON
13  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28