McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAZARIO CHAVEZ,<br><br>　　　　Defendant. | 2:06-CR-0207-LKK<br><br>**STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND RESCHEDULING HEARING** |

　　It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Nazario Chavez, through his attorney Christopher H. Wing, as follows:

　　In order to allow government counsel sufficient time to prepare and file a responsive brief to the defendant's motion to suppress evidence, and to allow defense counsel sufficient time to prepare and file any reply brief, the remainder of the briefing schedule for the motion to suppress and the scheduling of the non-evidentiary hearing should be amended as follows: government's response to be filed by February 13, 2007; defendant's reply to be filed by February 21, 2007; non-

1

evidentiary hearing February 27, 2007 at 9:30 a.m.; and the time between December 12, 2006 to and including February 21, 2007 should be excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F).

Respectfully submitted,

Dated: January 24, 2007         /s/ Christopher H. Wing
CHRISTOPHER H. WING
Attorney for Defendant
NAZARIO CHAVEZ
(signed by PAT by email authorization)

McGREGOR W. SCOTT
United States Attorney

Dated: January 24, 2007         /s/Phillip A. Talbert
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: January 25, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT