McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-0207-LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER AMENDING BRIEFING** |
| v. ) | **SCHEDULE AND RESCHEDULING** |
| ) | **HEARING** |
| NAZARIO CHAVEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Nazario Chavez, through his attorney Christopher H. Wing, as follows:

In order to allow government counsel sufficient time to prepare and file a responsive brief, together with supporting documents, to the defendant's motion to suppress evidence, and to allow defense counsel sufficient time to prepare and file any reply brief, the remainder of the briefing schedule for the motion to suppress and the scheduling of the non-evidentiary hearing should be amended a second time as follows: government's response to be filed by March 6, 2007; defendant's reply to be

1

filed by March 13, 2007; non-evidentiary hearing March 20, 2007 at 9:30 a.m.; and the time between December 12, 2006 to and including March 20, 2007 should be excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F).

Respectfully submitted,

Dated: February 9, 2007          /s/ Christopher H. Wing
                                 CHRISTOPHER H. WING
                                 Attorney for Defendant
                                 NAZARIO CHAVEZ
                                 (signed by PAT by email
                                 authorization)

                                 McGREGOR W. SCOTT
                                 United States Attorney

Dated: February 9, 2007          /s/Phillip A. Talbert
                                 PHILLIP A. TALBERT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

                         ORDER

IT IS SO ORDERED.

Dated: February 12, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT