McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-0207-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER AMENDING BRIEFING** |
| v. | ) | **SCHEDULE AND RESCHEDULING** |
| | ) | **HEARING** |
| NAZARIO CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Nazario Chavez, through his attorney Christopher H. Wing, as follows:

In order to allow government counsel sufficient time to prepare and file a responsive brief, together with supporting documents, to the defendant's motion to suppress evidence, allow defense counsel sufficient time to prepare and file a reply brief, and allow government counsel sufficient time to determine whether an additional law enforcement report relevant to the motion exists that has not been obtained by the government and provided to the defense in discovery, the remainder of the

1

briefing schedule for the motion to suppress and the scheduling of the non-evidentiary hearing should be amended a third time as follows: government's response to be filed by March 27, 2007; defendant's reply to be filed by April 10, 2007; non-evidentiary hearing April 17, 2007 at 9:30 a.m.; and the time between December 12, 2006 to and including April 17, 2007 should be excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F).

Respectfully submitted,

Dated: March 5, 2007    /s/ Christopher H. Wing
CHRISTOPHER H. WING
Attorney for Defendant
NAZARIO CHAVEZ
(signed by PAT by email authorization)

McGREGOR W. SCOTT
United States Attorney

Dated: March 5, 2007    /s/Phillip A. Talbert
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: March 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT