```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-0207-LKK |
| Plaintiff, | **STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND RESCHEDULING HEARING** |
| v. | |
| NAZARIO CHAVEZ, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Nazario Chavez, through his attorney Christopher H. Wing, as follows:

In order to allow government counsel sufficient time to prepare and file a responsive brief to the defendant's motion to suppress evidence, including time to complete interviews of potential witnesses, and to allow defense counsel sufficient time to prepare and file a reply brief, the remainder of the briefing schedule for the motion to suppress and the scheduling of the non-evidentiary hearing should be amended as follows: government's response to be filed by April 24, 2007; defendant's

reply to be filed by May 8, 2007; non-evidentiary hearing May 15, 2007 at 9:30 a.m.; and the time between December 12, 2006 to and including May 15, 2007 should be excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F).

Respectfully submitted,

Dated: March 29, 2007        /s/ Christopher H. Wing
                             CHRISTOPHER H. WING
                             Attorney for Defendant
                             NAZARIO CHAVEZ
                             (signed by PAT by email authorization)

                             McGREGOR W. SCOTT
                             United States Attorney

Dated: March 29, 2007        /s/Phillip A. Talbert
                             PHILLIP A. TALBERT
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: March 29, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT