McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NAZARIO CHAVEZ, <br><br> Defendant. | 2:06-CR-0207-LKK <br><br> **STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND RESCHEDULING HEARING** |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Nazario Chavez, through his attorney Christopher H. Wing, as follows:

In order to allow the parties to continue discussions concerning a possible resolution of this case, to allow government counsel sufficient time to prepare and file a responsive brief to the defendant's motion to suppress evidence, including time to complete interviews of potential witnesses, and to allow defense counsel sufficient time to prepare and file a reply brief, the remainder of the briefing schedule for the motion to suppress and the scheduling of the non-evidentiary

1 hearing should be amended as follows: government's response to be
2 filed by May 15, 2007; defendant's reply to be filed by May 29,
3 2007; non-evidentiary hearing June 5, 2007 at 9:30 a.m.; and the
4 time between December 12, 2006 to and including June 5, 2007
5 should be excluded pursuant to Local Code E, Title 18, United
6 States Code, Section 3161(h)(1)(F).

Respectfully submitted,

Dated: April 24, 2007      /s/ Christopher H. Wing
                           CHRISTOPHER H. WING
                           Attorney for Defendant
                           NAZARIO CHAVEZ
                           (signed by PAT by telephone
                           authorization)

                           McGREGOR W. SCOTT
                           United States Attorney

Dated: April 24, 2007      /s/Phillip A. Talbert
                           PHILLIP A. TALBERT
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: April 24, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT