McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-0207-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER AMENDING BRIEFING** |
| v. | ) | **SCHEDULE AND RESCHEDULING** |
| | ) | **HEARING** |
| NAZARIO CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Nazario Chavez, through his attorney Christopher H. Wing, as follows:

In order to allow the parties to complete discussions concerning a likely resolution of this case, to allow government counsel sufficient time in the event those discussions do not lead to a resolution to prepare and file a responsive brief to the defendant's motion to suppress evidence, including time to complete interviews of potential witnesses, and to allow defense counsel sufficient time to prepare and file a reply brief, the remainder of the briefing schedule for the motion to suppress and

the scheduling of the non-evidentiary hearing should be amended as follows: government's response to be filed by July 3, 2007; defendant's reply to be filed by July 17, 2007; non-evidentiary hearing July 24, 2007 at 9:30 a.m.; and the time between December 12, 2006 to and including July 24, 2007 should be excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F).

Respectfully submitted,

Dated: May 15, 2007

/s/ Christopher H. Wing
CHRISTOPHER H. WING
Attorney for Defendant
NAZARIO CHAVEZ
(signed by PAT by telephone authorization)

McGREGOR W. SCOTT
United States Attorney

Dated: May 15, 2007

/s/Phillip A. Talbert
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: May 16, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT