McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-0207-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER AMENDING BRIEFING** |
| v. | ) | **SCHEDULE AND RESCHEDULING** |
| | ) | **HEARING** |
| NAZARIO CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Nazario Chavez, through his attorney Christopher H. Wing, as follows:

In order to allow the parties to complete discussions concerning a likely resolution of this case, to allow government counsel sufficient time in the event those discussions do not lead to a resolution to prepare and file a responsive brief to the defendant's motion to suppress evidence, including time to complete interviews of potential witnesses, and to allow defense counsel sufficient time to prepare and file a reply brief, the remainder of the briefing schedule for the motion to suppress and

the scheduling of the non-evidentiary hearing should be amended as follows: government's response to be filed by August 14, 2007; defendant's reply to be filed by August 28, 2007; non-evidentiary hearing September 5, 2007 at 9:30 a.m.; and the time between December 12, 2006 to and September 5, 2007 should be excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F).

Respectfully submitted,

Dated: June 27, 2007          /s/ Christopher H. Wing
                              CHRISTOPHER H. WING
                              Attorney for Defendant
                              NAZARIO CHAVEZ
                              (signed by PAT by email authorization)

                              McGREGOR W. SCOTT
                              United States Attorney

Dated: June 27, 2007          /s/Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: June 28, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT