LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NAZARIO CHAVEZ,<br><br>    Defendant, | No. CR. 06-0207 LKK<br><br>ORDER WITHDRAWING THE MOTION TO SUPPRESS, VACATING THE NON-EVIDENTIARY HEARING DATE OF SEPTEMBER 5, 2007; SETTING THE MATTER FOR CHANGE OF PLEA ON AUGUST 28, 2007 AT 9:30 AM; EXCLUSION OF TIME. |
|---|---|

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the previously filed Motion to Suppress Evidence is hereby withdrawn and all dates associated with that Motion, including the Non-Evidentiary Hearing date of September 5, 2007 is vacated;

//
//
//
//
//
//

///

1

1
2  Further, the Court finds that time is excluded based upon the representation of
3  the parties and such time will be excluded from the date of this Order pursuant to the
4  Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to
5  review the proposed plea agreement with his client; [Local Code T4], until the next
6  appearance, on August 28, 2007 or by further order of this Court.
7
8
   Dated: August 3, 2007
9
10
11  LAWRENCE K. KARLTON
    SENIOR JUDGE
12  UNITED STATES DISTRICT COURT

///

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

2