LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214
Stste Bar #201384

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>NAZARIO CHAVEZ<br><br>Defendant. | No. CR. 06-0207 LKK<br><br>ORDER EXONERATING BAIL AND ORDER FOR RECONVEYANCE OF DEEDS OF TRUST |

The defendant having been sentenced on January 15, 2008, having reported to the facility designated by the Bureau of Prisons on March 4, 2008, and good cause appearing therefore:

IT IS ORDERED THAT: the bail previously posted as security in this matter is hereby exonerated and the Clerk of the Court or his designee is directed to forthwith exonerate the bail posted in this matter and to prepare and cause to be filed any Deed of Reconveyance as necessary to fully exonerate bail in this matter.

Date: May 19, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1